**SHA-1 Hash:** 3B39460ABF5377A5830F532935B590D40086B834     **Title:** Girls Night Out
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 24.127.68.58 | 11/26/2011 19:51 | Stafford | VA | Comcast Cable | BitTorrent |
| 2 | 24.125.7.192 | 12/19/2011 23:24 | Midlothian | VA | Comcast Cable | BitTorrent |
| 3 | 98.204.236.224 | 11/24/2011 5:55 | Alexandria | VA | Comcast Cable | BitTorrent |
| 4 | 98.218.155.31 | 2/6/2012 14:59 | Manassas | VA | Comcast Cable | BitTorrent |
| 5 | 98.218.212.133 | 12/29/2011 4:35 | Manassas | VA | Comcast Cable | BitTorrent |
| 6 | 174.66.4.225 | 1/25/2012 1:19 | Williamsburg | VA | Cox Communications | BitTorrent |
| 7 | 68.110.155.244 | 1/25/2012 23:39 | Chesapeake | VA | Cox Communications | BitTorrent |
| 8 | 68.225.190.16 | 12/1/2011 22:44 | Newport News | VA | Cox Communications | BitTorrent |
| 9 | 70.160.124.40 | 12/7/2011 0:43 | Norfolk | VA | Cox Communications | BitTorrent |
| 10 | 72.192.202.233 | 1/4/2012 19:47 | Alexandria | VA | Cox Communications | BitTorrent |
| 11 | 72.219.246.122 | 1/24/2012 13:00 | Falls Church | VA | Cox Communications | BitTorrent |
| 12 | 98.163.110.87 | 12/7/2011 5:05 | Lorton | VA | Cox Communications | BitTorrent |
| 13 | 98.166.26.82 | 12/22/2011 9:29 | Newport News | VA | Cox Communications | BitTorrent |
| 14 | 98.169.165.78 | 2/9/2012 0:57 | Alexandria | VA | Cox Communications | BitTorrent |
| 15 | 98.174.219.204 | 2/8/2012 3:02 | Virginia Beach | VA | Cox Communications | BitTorrent |

EXHIBIT A

OEVA5